IH-32     Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

SURYA RAVI,

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-3142 |
| TETRAPHASE PHARMACEUTICALS, INC, L. PATRICK GAGE, GAREN BOHLIN, STEVEN BOYD, JEFFREY A. CHODAKEWITZ, JOHN G. FREUND, GERRI HENWOOD, GUY MACDONALD, KEITH MAHER, and NANCY J. WYSENSKI, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

HERMAN SAHAN,

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-3069 |
| TETRAPHASE PHARMACEUTICALS, INC., L. PATRICK GAGE, GAREN BOHLIN, JEFFREY A. CHODAKEWITZ, JOHN G. FREUND, GERRI HENWOOD, GUY MACDONALD, and NANCY J. WYSENSKI, | |
| Defendant | |

IH-32                                                       Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on April 16, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The later filed case arises out of the same transaction as the earlier filed case. Specifically, both cases arise from the same Merger Agreement entered into March 15, 2020 between Tetraphase Pharmaceuticals, Inc. and AcelRx Pharmaceuticals, Inc. and allege violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934.

Signature: s/Justin Kuehn          Date: 4/20/2020

Firm: Moore Kuehn, PLLC